IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.  CASE NO. 1:03-cr-00052-MP-GRJ

EARL JEFFERY BARBER,

    Defendant.

_____/

# **O R D E R**

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated February 7, 2013. (Doc. 106). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a de novo determination of any timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.
2. The motion to vacate, Doc. 105, is DISMISSED AS UNTIMELY, and no certificate of appealability is appropriate in this case.

**DONE AND ORDERED** this _18th_ day of April, 2013

                                              *s/Maurice M. Paul*
                                          Maurice M. Paul, Senior District Judge